1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CAROL MULFORD,

11            Plaintiff,                    CIV S-07-0773 EFB

12        vs.

13   MICHAEL J. ASTRUE,                     <u>ORDER</u>
     Commissioner of Social Security,
14
             Defendant.
15   _____/

16        Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*.

17   Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to

18   prepay fees and costs or give security for them.  Accordingly, the request to proceed *in forma*

19   *pauperis* will be granted.  28 U.S.C. § 1915(a).

20        In accordance with the above, IT IS HEREBY ORDERED that:

21        1.  Plaintiff's request to proceed *in forma pauperis* is granted.

22        2.  The Clerk of the Court is directed to serve the undersigned's scheduling order in

23   Social Security cases.

24        3.  The Clerk of the Court is further directed to serve a copy of this order on the United

25   States Marshal.

26   ////

1

1    4.  Within fifteen days from the date of this order, plaintiff shall submit to the United

2    States Marshal an original and five copies of the completed summons, five copies of the

3    complaint, five copies of the scheduling order and a completed USM-285 form, and *shall file a*

4    *statement with the court that said documents have been submitted to the United States Marshal.*

5    5.  The United States Marshal is directed to serve all process without prepayment of costs

6    not later than sixty days from the date of this order.  Service of process shall be completed by

7    delivering a copy of the summons, complaint, and scheduling order to the United States Attorney

8    for the Eastern District of California, and by sending two copies of the summons, complaint, and

9    scheduling order by registered or certified mail to the Attorney General of the United States at

10   Washington, D.C.  *See* Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of

11   the summons, complaint, and scheduling order by registered or certified mail to the

12   Commissioner of Social Security, c/o Office of General Counsel, 6401 Security Blvd., Room

13   611, Altmeyer Bldg., Baltimore, MD 21235.  *See* Fed. R. Civ. P. 4(i)(2).

14   DATED:   May 21, 2007.

15

16                                    EDMUND F. BRENNAN
17                                    UNITED STATES MAGISTRATE JUDGE